

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



CATHY A. CATTERSON
CLERK, U.S COURT OF APPEALS

| | |
|---|---|
| DAVID HARKNESS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>and<br><br>JOSEPH BOODAIE; et al.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>99 CENTS ONLY STORES; et al.,<br><br>Defendants - Appellees. | No. 06-55864<br><br>D.C. No. CV-04-04273-PA<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Pursuant to the terms of the parties' stipulation, this appeal is dismissed without prejudice to reinstatement in the event the District Court fails to approve the terms of the parties' settlement.

Reinstatement shall be by notice filed by any party in this court and served on the other parties and the Circuit Mediator within 28 days of the District Court order, but in any event by September 1, 2007. If no notice of reinstatement is filed and served by September 1, 2007, the appeal will be deemed dismissed with prejudice.



A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

_____
Ann Julius
Circuit Mediator



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
AUG 31 2006
by _____
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
06-55864 Boodaie, et al., et al v. 99 Cents Only Stores, et al

| | |
|---|---|
| DAVID HARKNESS, on behalf of himself and all others similarly situated<br>    Plaintiff | No appearance<br>No appearance |
| JOSEPH BOODAIE<br>    Plaintiff - Appellant | Jeff S. Westerman, Esq.<br>213/617-9007<br>Suite 3900<br>[COR LD NTC ret]<br>One California Plaza<br>300 S. Grand Ave<br>Los Angeles, CA 90071<br><br>Carol V. Gilden, Esq.<br>FAX 312/521-2100<br>312/521-2000<br>Ste 1800<br>[COR LD NTC ret]<br>MUCH SHELIST FREED DENENBERG AMENT & RUBENSTEIN<br>191 N. Wacker Dr.<br>Chicago, IL 60606 |
| MOJGAN BOODAIE<br>    Plaintiff - Appellant | Jeff S. Westerman, Esq.<br>(See above)<br>[COR LD NTC ret]<br><br>Carol V. Gilden, Esq.<br>(See above)<br>[COR LD NTC ret] |
| SAMUEL TOOVEY<br>    Plaintiff - Appellant | Jeff S. Westerman, Esq.<br>(See above)<br>[COR LD NTC ret]<br><br>Carol V. Gilden, Esq.<br>(See above)<br>[COR LD NTC ret] |
| v. | |
| 99 CENTS ONLY STORES<br>    Defendant - Appellee | George M. Garvey, Esq.<br>FAX 213/683-4040<br>213/683-9540<br>Ste 3500<br>[COR LD NTC ret]<br>MUNGER TOLLES & OLSON, LLP<br>355 S. Grand Ave.<br>Los Angeles, CA 90071-1560<br><br>Joshua Lifshitz<br>11th Floor<br>[COR LD NTC ret] |

INTERNAL USE ONLY: Proceedings include all events.
06-55864 Boodaie, et al., et al v. 99 Cents Only Stores, et al

                                      BULL & LIFSHITZ
                                      18 East 41st Street
                                      New York, NY 10017

                                      Steven G. Schulman, Esq.
                                      212/594-5300
                                      49th Floor
                                      [COR LD NTC ret]
                                      MILBERG WEISS BERSHAD HYNES &
                                      LERACH
                                      1 Pennsylvania Plaza
                                      New York, NY 10119

DAVID GOLD                        George M. Garvey, Esq.
    Defendant - Appellee      (See above)
                                      [COR LD NTC ret]

                                      Joshua Lifshitz
                                      (See above)
                                      [COR LD NTC ret]

                                      Steven G. Schulman, Esq.
                                      (See above)
                                      [COR LD NTC ret]

ERIC SCHIFFER                    George M. Garvey, Esq.
    Defendant - Appellee      (See above)
                                      [COR LD NTC ret]

                                      Joshua Lifshitz
                                      (See above)
                                      [COR LD NTC ret]

                                      Steven G. Schulman, Esq.
                                      (See above)
                                      [COR LD NTC ret]

ANDREW A. FARINA                George M. Garvey, Esq.
    Defendant - Appellee      (See above)
                                      [COR LD NTC ret]

                                      Joshua Lifshitz
                                      (See above)
                                      [COR LD NTC ret]

                                      Steven G. Schulman, Esq.
                                      (See above)
                                      [COR LD NTC ret]