

EXHIBIT D



Gilardi & Co LLC

3301 Kerner Blvd.
San Rafael, CA 94901
P: (415) 461-0410
F: (415) 461-0412

March 3, 2008

George A. Bauer, Esq.             Jeff Westerman, Esq.
Milberg Weiss & Bershad LLP       Milberg Weiss & Bershad LLP
One Pennsylvania Plaza            300 South Grand Ave.
New York, NY 10119-0165           Suite 3900
                                  Los Angeles, CA 90071

Re: In re **99 Cents Only Stores Securities Litigation**
    - Billing #14

Professional services, out-of-pocket expenses and third party
expenses from November 20, 2007 through February 25, 2008 and
Estimate to Complete in connection with claims administration
for the **99 Cents Only Stores Securities Litigation.**

Summary:    Professional and Clerical Staff       $  18,220
            Out-of-pocket and Third Party Expenses    16,846
                                                   ------
THIS INVOICE                                          35,066

OUTSTANDING INVOICES

        Billing #3    01/16/07    $  12,415
        Billing #5    03/13/07       17,508
        Billing #6    05/08/07       13,171
        Billing #7    06/05/07       11,680
        Billing #8    07/31/07       14,397
        Billing #9    08/14/07       17,559
        Billing #10   08/28/08       16,906
        Billing #11   09/25/07       16,281
        Billing #12   10/09/07       14,998
        Billing #13   12/04/07       12,180
                                  ------
                                             147,095
                                             ------

AMOUNT DUE                                   $ 182,161
                                             =======

In re 99 Cents Only Stores Securities Litigation
Detail to Billing #14
Page 2

| STAFF | HOURS | RATE | | TOTAL |
|---|---|---|---|---|
| Principal | 9.00 | $205 | $ | 1,845 |
| Senior Manager | 16.00 | 140 | | 2,240 |
| Manager | 31.50 | 110 | | 3,465 |
| Supervisor | 26.00 | 90 | | 2,340 |
| Staff | 119.00 | 70 | | 8,330 |
| | | | | ------ |
| | | | $ | 18,220 |
| | | | | ====== |

OUT-OF-POCKET EXPENSES and THIRD PARTY EXPENSES

| | | | TOTAL |
|---|---|---|---|
| Storage | | $ | 350 |
| Telephone | | | 87 |
| Postage and delivery | | | 10 |
| Reproduction and supplies | | | 65 |
| Computer processing and programming | | | 4,931 |
| Check Issuance | 4,561 Checks @ $2.50 | | 11,403 |
| | | | ------ |
| | | $ | 16,846 |
| | | | ====== |

P: (415) 461-0410  |  www.gilardi.com  |  F: (415) 461-0412



**Gilardi**
**&Co LLC**

3301 Kerner Blvd.
San Rafael, CA 94901
P: (415) 461-0410
F: (415) 461-0412

December 4, 2007

George A. Bauer, Esq.                Jeff Westerman, Esq.
Milberg Weiss & Bershad LLP          Milberg Weiss & Bershad LLP
One Pennsylvania Plaza               300 South Grand Ave.
New York, NY 10119-0165              Suite 3900
                                     Los Angeles, CA 90071

Re: In re **99 Cents Only Stores Securities Litigation**
    - Billing #13

Professional services, out-of-pocket expenses and advances from
September 25, 2007 through November 19, 2007 in connection with
claims administration for the **99 Cents Only Stores Securities
Litigation.**

Summary:   Professional and Clerical Staff        $    8,394
           Out-of-pocket Expenses                      1,043
           Advances                                    2,743
                                                   ------
THIS INVOICE                                          12,180

OUTSTANDING INVOICES

        Billing #3     01/16/07     $  12,415
        Billing #5     03/13/07        17,508
        Billing #6     05/08/07        13,171
        Billing #7     06/05/07        11,680
        Billing #8     07/31/07        14,397
        Billing #9     08/14/07        17,559
        Billing #10    08/28/08        16,906
        Billing #11    09/25/07        16,281
        Billing #12    10/09/07        14,998
                                    ------
                                      134,915
                                    -------

AMOUNT DUE                                         $ 147,095
                                                   =======

113

| STAFF | HOURS | RATE | | TOTAL |
|---|---|---|---|---|
| Principal | 5.00 | $205 | $ | 1,025 |
| Senior Manager | 8.50 | 140 | | 1,190 |
| Manager | 19.25 | 110 | | 2,118 |
| Supervisor | 15.75 | 90 | | 1,418 |
| Staff | 37.75 | 70 | | 2,643 |
| | | | | ----- |
| | | | $ | 8,394 |
| | | | | ===== |

OUT-OF-POCKET EXPENSES

| | | TOTAL |
|---|---|---|
| Storage | $ | 200 |
| Telephone | | 173 |
| Postage and delivery | | 23 |
| Reproduction and supplies | | 129 |
| Computer processing | | 518 |
| | | ----- |
| | $ | 1,043 |
| | | ===== |

ADVANCES

| | | | | |
|---|---|---|---|---|
| Goode Printing | - printing | $ | 417.65 |
| | - postage | | 1,925.42 |
| Lewis Systems | - programming | | 400.00 |
| | | | -------- |
| | | $ | 2,743.07 |
| | | | ======== |

P: (415) 461-0410  |  www.gilardi.com  |  F: (415) 461-0412



**Gilardi & Co LLC**

3301 Kerner Blvd.
San Rafael, CA 94901
P: (415) 461-0410
F: (415) 461-0412

October 9, 2007

George A. Bauer, Esq.                    Jeff Westerman, Esq.
Milberg Weiss & Bershad LLP              Milberg Weiss & Bershad LLP
One Pennsylvania Plaza                   300 South Grand Ave.
New York, NY 10119-0165                  Suite 3900
                                         Los Angeles, CA 90071

Re: In re **99 Cents Only Stores Securities Litigation**
    - Billing #12

Professional services, out-of-pocket expenses and advances from
September 11, 2007 through September 24, 2007 in connection
with claims administration for the **99 Cents Only Stores
Securities Litigation.**

Summary:    Professional and Clerical Staff      $  13,225
            Out-of-pocket Expenses                    1,523
            Advances                                     250
                                                     ------

THIS INVOICE                                         14,998

OUTSTANDING INVOICES

        Billing #3    01/16/07    $  12,415
        Billing #5    03/13/07       17,508
        Billing #6    05/08/07       13,171
        Billing #7    06/05/07       11,680
        Billing #8    07/31/07       14,397
        Billing #9    08/14/07       17,559
        Billing #10   08/28/08       16,906
        Billing #11   09/25/07       16,281
                                     ------

                                                   119,917
                                                   -------

AMOUNT DUE                                       $ 134,915
                                                 =======

115

| STAFF | HOURS | RATE | | TOTAL |
|---|---|---|---|---|
| Principal | 3.00 | $205 | $ | 615 |
| Senior Manager | 1.00 | 140 | | 140 |
| Manager | 47.50 | 110 | | 5,225 |
| Staff | 103.50 | 70 | | 7,245 |
| | | | | ------ |
| | | | $ | 13,225 |
| | | | | ====== |

OUT-OF-POCKET EXPENSES

| | | |
|---|---|---|
| Storage | $ | 50 |
| Telephone | | 310 |
| Reproduction and supplies | | 233 |
| Computer processing | | 930 |
| | | ----- |
| | $ | 1,523 |
| | | ===== |

ADVANCES

| | | | |
|---|---|---|---|
| Lewis Systems | - programming | $ | 250.00 |
| | | | ------ |
| | | $ | 250.00 |
| | | | ====== |

P: (415) 461-0410  |  www.gilardi.com  |  F: (415) 461-0412



# Gilardi
## &Co LLC

3301 Kerner Blvd.
San Rafael, CA 94901
P: (415) 461-0410
F: (415) 461-0412

September 25, 2007

George A. Bauer, Esq.          Jeff Westerman, Esq.
Milberg Weiss LLP              Milberg Weiss LLP
One Pennsylvania Plaza         300 South Grand Ave.
New York, NY 10119-0165        Suite 3900
                               Los Angeles, CA 90071

Re: In re **99 Cents Only Stores Securities Litigation**
    - Billing #11

Professional services and out-of-pocket expenses from
August 14, 2007 through September 10, 2007 in connection with
claims administration for the **99 Cents Only Stores Securities
Litigation.**

Summary:   Professional and Clerical Staff      $  14,583
           Out-of-pocket Expenses                   1,698
                                                 ------
THIS INVOICE                                        16,281

OUTSTANDING INVOICES

       Billing #3     01/16/07      $  12,415
       Billing #5     03/13/07         17,508
       Billing #6     05/08/07         13,171
       Billing #7     06/05/07         11,680
       Billing #8     07/31/07         14,397
       Billing #9     08/14/07         17,559
       Billing #10    08/28/08         16,906
                                    ------
                                                   103,636
                                                 -------

AMOUNT DUE                                       $ 119,917
                                                 =======

| STAFF | HOURS | RATE | | TOTAL |
|---|---|---|---|---|
| Principal | 4.00 | $205 | $ | 820 |
| Senior Manager | 10.50 | 140 | | 1,470 |
| Manager | 32.50 | 110 | | 3,575 |
| Supervisor | 4.50 | 90 | | 405 |
| Staff | 118.75 | 70 | | 8,313 |
| | | | | ------ |
| | | | $ | 14,583 |
| | | | | ====== |

OUT-OF-POCKET EXPENSES

| | | |
|---|---|---|
| Storage | $ | 75 |
| Telephone | | 341 |
| Postage and delivery | | 5 |
| Reproduction and supplies | | 255 |
| Computer processing | | 1,022 |
| | | ----- |
| | $ | 1,698 |
| | | ===== |

P: (415) 461-0410  |  www.gilardi.com  |  F: (415) 461-0412



**Gilardi**
**& Co** LLC

3301 Kerner Blvd.
San Rafael, CA 94901
P: (415) 461-0410
F: (415) 461-0412

August 28, 2007

George A. Bauer, Esq.              Jeff Westerman, Esq.
Milberg Weiss & Bershad LLP        Milberg Weiss & Bershad LLP
One Pennsylvania Plaza             300 South Grand Ave.
New York, NY 10119-0165            Suite 3900
                                   Los Angeles, CA 90071

Re: In re **99 Cents Only Stores Securities Litigation**
     - Billing #10

Professional services, out-of-pocket expenses and advances from
July 31, 2007 through August 13, 2007 in connection with claims
administration for the **99 Cents Only Stores Securities
Litigation.**

| Summary: | Professional and Clerical Staff | $ | 7,883 |
|---|---|---|---|
| | Out-of-pocket Expenses | | 1,007 |
| | Advances | | 8,016 |
| | | | ------ |

THIS INVOICE                                           16,906

OUTSTANDING INVOICES

| Billing #3 | 01/16/07 | $ | 12,415 |
|---|---|---|---|
| Billing #5 | 03/13/07 | | 17,508 |
| Billing #6 | 05/08/07 | | 13,171 |
| Billing #7 | 06/05/07 | | 11,680 |
| Billing #8 | 07/31/07 | | 14,397 |
| Billing #9 | 08/14/07 | | 17,559 |
| | | | ------ |
| | | | 86,730 |
| | | | ------ |

AMOUNT DUE                                          $ 103,636
                                                    =======

119

| STAFF | HOURS | RATE | | TOTAL |
|---|---|---|---|---|
| Principal | 2.00 | $185 | $ | 370 |
| Manager | 25.50 | 105 | | 2,678 |
| Supervisor | 17.00 | 85 | | 1,445 |
| Staff | 56.50 | 60 | | 3,390 |
| | | | | ----- |
| | | | $ | 7,883 |
| | | | | ===== |

OUT-OF-POCKET EXPENSES

| | | | |
|---|---|---|---|
| Storage | | $ | 38 |
| Telephone | | | 202 |
| Postage and delivery | | | 9 |
| Reproduction and supplies | | | 152 |
| Computer processing | | | 606 |
| | | | ----- |
| | | $ | 1,007 |
| | | | ===== |

ADVANCES

| | | | |
|---|---|---|---|
| Lewis Systems | - programming | $ | 6,250.00 |
| Brokers | | | |
|    ADP Investors | | | 1,765.89 |
| | | | -------- |
| | | $ | 8,015.89 |
| | | | ======== |

P: (415) 461-0410  |  www.gilardi.com  |  F: (415) 461-0412



**Gilardi**
**& Co LLC**

3301 Kerner Blvd.
San Rafael, CA 94901
P: (415) 461-0410
F: (415) 461-0412

August 14, 2007

George A. Bauer, Esq.          Jeff Westerman, Esq.
Milberg Weiss & Bershad LLP    Milberg Weiss & Bershad LLP
One Pennsylvania Plaza         300 South Grand Ave.
New York, NY 10119-0165        Suite 3900
                               Los Angeles, CA 90071

Re: In re **99 Cents Only Stores Securities Litigation**
    - Billing #9

Professional services and out-of-pocket expenses from
July 17, 2007 through July 30, 2007 in connection with claims
administration for the **99 Cents Only Stores Securities
Litigation.**

Summary:  Professional and Clerical Staff        $ 15,341
          Out-of-pocket Expenses                     2,218
                                                  -------

THIS INVOICE                                        17,559

OUTSTANDING INVOICES

     Billing #3   01/16/07    $  12,415
     Billing #5   03/13/07       17,508
     Billing #6   05/08/07       13,171
     Billing #7   06/05/07       11,680
     Billing #8   07/31/07       14,397
                               -------

                                                    69,171
                                                  -------

AMOUNT DUE                                        $ 86,730
                                                  ======

121

| STAFF | HOURS | RATE | TOTAL |
|---|---|---|---|
| Principal | 2.00 | $185 | $   370 |
| Manager | 8.25 | 105 | 866 |
| Supervisor | 38.00 | 85 | 3,230 |
| Staff | 181.25 | 60 | 10,875 |
| | | | ------ |
| | | | $ 15,341 |
| | | | ====== |

OUT-OF-POCKET EXPENSES

| | |
|---|---|
| Storage | $    38 |
| Telephone | 459 |
| Reproduction and supplies | 344 |
| Computer processing | 1,377 |
| | ----- |
| | $  2,218 |
| | ===== |



**Gilardi** & Co LLC

3301 Kerner Blvd.
San Rafael, CA 94901
P: (415) 461-0410
F: (415) 461-0412

July 31, 2007

George A. Bauer, Esq.                    Jeff Westerman, Esq.
Milberg Weiss & Bershad LLP              Milberg Weiss & Bershad LLP
One Pennsylvania Plaza                   300 South Grand Ave.
New York, NY 10119-0165                  Suite 3900
                                         Los Angeles, CA 90071

Re: In re **99 Cents Only Stores Securities Litigation**
    - Billing #8

Professional services and out-of-pocket expenses from
May 22, 2007 through July 16, 2007 in connection with claims
administration for the **99 Cents Only Stores Securities
Litigation.**

Summary:   Professional and Clerical Staff          $ 12,762
           Out-of-pocket Expenses                      1,635
                                                     ------

THIS INVOICE                                          14,397

OUTSTANDING INVOICES

        Billing #3    01/16/07      $  12,415
        Billing #5    03/13/07         17,508
        Billing #6    05/08/07         13,171
        Billing #7    06/05/07         11,680
                                     ------
                                                      54,774
                                                     ------

AMOUNT DUE                                          $ 69,171
                                                     ======

| STAFF | HOURS | RATE | TOTAL |
|---|---|---|---|
| Principal | 1.00 | $185 | $   185 |
| Manager | 54.75 | 105 | 5,749 |
| Supervisor | 32.50 | 85 | 2,763 |
| Staff | 67.75 | 60 | 4,065 |
| | | | ------ |
| | | | $ 12,762 |
| | | | ====== |

OUT-OF-POCKET EXPENSES

| | |
|---|---|
| Storage | $   150 |
| Telephone | 312 |
| Postage and delivery | 3 |
| Reproduction and supplies | 234 |
| Computer processing | 936 |
| | ----- |
| | $  1,635 |
| | ===== |

P: (415) 461-0410  |  www.girardi.com  |  F: (415) 461-0412



**Gilardi**
**& Co LLC**

3301 Kerner Blvd.
San Rafael, CA 94901
P: (415) 461-0410
F: (415) 461-0412

June 5, 2007

George A. Bauer, Esq.              Jeff Westerman, Esq.
Milberg Weiss & Bershad LLP        Milberg Weiss & Bershad LLP
One Pennsylvania Plaza             300 South Grand Ave.
New York, NY 10119-0165            Suite 3900
                                   Los Angeles, CA 90071

Re: In re **99 Cents Only Stores Securities Litigation**
    - Billing #7

Professional services and out-of-pocket expenses from
April 24, 2007 through May 21, 2007 in connection with claims
administration for the **99 Cents Only Stores Securities
Litigation.**

Summary:   Professional and Clerical Staff      $ 12,577
           Out-of-pocket Expenses                  1,626
                                                 -------

THIS INVOICE                                      14,703

OUTSTANDING INVOICES

       Billing #3   01/16/07    $  12,415
       Billing #5   03/13/07       17,508
       Billing #6   05/08/07       13,171
                                 -------
                                               43,094
                                               -------

AMOUNT DUE                                     $ 57,797
                                               ======

125

| STAFF | HOURS | RATE | TOTAL |
|-------|-------|------|-------|
| Principal | 0.00 | $185 | $      0 |
| Manager | 54.75 | 105 | 5,749 |
| Supervisor | 32.50 | 85 | 2,763 |
| Staff | 67.75 | 60 | 4,065 |
|  |  |  | ------ |
|  |  |  | $ 12,577 |
|  |  |  | ====== |

OUT-OF-POCKET EXPENSES

| | |
|---|---|
| Storage | $      150 |
| Telephone | 310 |
| Postage and delivery | 3 |
| Reproduction and supplies | 233 |
| Computer processing | 930 |
|  | ----- |
|  | $  1,626 |
|  | ===== |

P: (415) 461-0410  |  www.gilardi.com  |  F: (415) 461-0412



**Gilardi**
&Co LLC

3301 Kerner Blvd.
San Rafael, CA 94901
P: (415) 461-0410
F: (415) 461-0412

May 8, 2007

George A. Bauer, Esq.              Jeff Westerman, Esq.
Milberg Weiss & Bershad LLP        Milberg Weiss & Bershad LLP
One Pennsylvania Plaza             300 South Grand Ave.
New York, NY 10119-0165            Suite 3900
                                   Los Angeles, CA 90071

Re: In re **99 Cents Only Stores Securities Litigation**
    - Billing #6

Professional services, out-of-pocket expenses and advances from
February 27, 2007 through April 23, 2007 in connection with
claims administration for the **99 Cents Only Stores Securities
Litigation.**

Summary:   Professional and Clerical Staff      $  9,200
           Out-of-pocket Expenses                  1,458
           Advances                                2,513
                                                 ------

THIS INVOICE                                      13,171

OUTSTANDING INVOICES

    Billing #3    01/16/07      $  12,415
    Billing #5    03/13/07         17,508
                                 ------
                                                  29,923
                                                 ------

AMOUNT DUE                                      $ 43,094
                                                ======

127

| STAFF | HOURS | RATE | | TOTAL |
|-------|-------|------|---|-------|
| Principal | 1.00 | $185 | $ | 185 |
| Manager | 18.25 | 105 | | 1,916 |
| Supervisor | 15.75 | 85 | | 1,339 |
| Staff | 96.00 | 60 | | 5,760 |
| | | | | ----- |
| | | | $ | 9,200 |
| | | | | ===== |

OUT-OF-POCKET EXPENSES

| | | |
|---|---|---|
| Storage | $ | 150 |
| Telephone | | 262 |
| Postage and delivery | | 63 |
| Reproduction and supplies | | 197 |
| Computer processing | | 786 |
| | | ----- |
| | $ | 1,458 |
| | | ===== |

ADVANCES

| Goode Printing | - printing | $ | 2,099.92 |
|---|---|---|---|
| | - postage | | 413.02 |
| | | | -------- |
| | | $ | 2,512.94 |
| | | | ======== |

P: (415) 461-0410  |  www.gilardi.com  |  F: (415) 461-0412



**Gilardi**
&Co LLC

3301 Kerner Blvd.
San Rafael, CA 94901
P: (415) 461-0410
F: (415) 461-0412

March 13, 2007

George A. Bauer, Esq.              Jeff Westerman, Esq.
Milberg Weiss & Bershad LLP        Milberg Weiss & Bershad LLP
One Pennsylvania Plaza             300 South Grand Ave.
New York, NY 10119-0165            Suite 3900
                                   Los Angeles, CA 90071

Re: In re **99 Cents Only Stores Securities Litigation**
    - Billing #5

Professional services, out-of-pocket expenses and advances from
January 30, 2007 through February 26, 2007 in connection with
printing and mailing of the Notice of Pendency of Class Action
and Proposed Settlement, Motion for Attorneys' Fees, Notice of
Proposed Settlement (Derivative Action) and Settlement Fairness
Hearing and Proof of Claim Form for the **99 Cents Only Stores
Securities Litigation.**

Summary:   Professional and Clerical Staff        $  6,066
           Out-of-pocket Expenses                      525
           Advances                                 10,917
                                                   ------
THIS INVOICE                                        17,508

OUTSTANDING INVOICES

    Billing #3    01/16/07      $  12,415
    Billing #4    02/13/07         15,262
                                  ------
                                                    27,677
                                                   ------

AMOUNT DUE                                        $ 45,185
                                                   ======

| STAFF | HOURS | RATE | TOTAL |
|---|---|---|---|
| Principal | 2.25 | $185 | $    416 |
| Manager | 25.75 | 105 | 2,704 |
| Supervisor | 6.25 | 85 | 531 |
| Staff | 40.25 | 60 | 2,415 |
| | | | ----- |
| | | | $  6,066 |
| | | | ===== |

OUT-OF-POCKET EXPENSES

| | | |
|---|---|---|
| Postage and delivery | $     78 |
| Computer processing | 447 |
| | --- |
| | $    525 |
| | === |

ADVANCES

| | | |
|---|---|---|
| Lewis Systems          – programming | $  8,000.00 |
| Brokers | |
|   CIBC World Markets | 331.74 |
|   Credit Suisse | 225.00 |
|   Merrill Lynch | 2,256.18 |
|   Stephens Inc. | 53.00 |
|   Union Bank of California | 51.50 |
| | --------- |
| | $ 10,917.42 |
| | ========= |

P: (415) 461-0410   |   www.gilardi.com   |   F: (415) 461-0412



**Gilardi**
&C₀LLC

3301 Kerner Blvd.
San Rafael, CA 94901
P: (415) 461-0410
F: (415) 461-0412

February 13, 2007

George A. Bauer, Esq.                    Jeff Westerman, Esq.
Milberg Weiss & Bershad LLP              Milberg Weiss & Bershad LLP
One Pennsylvania Plaza                   300 South Grand Ave.
New York, NY 10119-0165                  Suite 3900
                                         Los Angeles, CA 90071

Re: In re **99 Cents Only Stores Securities Litigation**
    - Billing #4

Professional services, out-of-pocket expenses and advances from
January 2, 2007 through January 29, 2007 in connection with
printing and mailing of the Notice of Pendency of Class Action
and Proposed Settlement, Motion for Attorneys' Fees, Notice of
Proposed Settlement (Derivative Action) and Settlement Fairness
Hearing and Proof of Claim Form for the **99 Cents Only Stores
Securities Litigation.**

| Summary: | Professional and Clerical Staff | $ | 6,853 |
|---|---|---|---|
| | Out-of-pocket Expenses | | 754 |
| | Advances | | 7,655 |
| | | | ------ |
| THIS INVOICE | | | 15,262 |
| OUTSTANDING INVOICE | | | |
| Billing #3 | January 16, 2007 | | 12,415 |
| | | | ------ |
| AMOUNT DUE | | $ | 27,677 |
| | | | ====== |

131

| STAFF | HOURS | RATE | | TOTAL |
|---|---|---|---|---|
| Principal | 2.00 | $185 | $ | 370 |
| Manager | 21.75 | 105 | | 2,284 |
| Supervisor | 10.75 | 85 | | 914 |
| Staff | 54.75 | 60 | | 3,285 |
| | | | | ----- |
| | | | $ | 6,853 |
| | | | | ===== |

OUT-OF-POCKET EXPENSES

| | | | TOTAL |
|---|---|---|---|
| Postage and delivery | | $ | 218 |
| Computer processing | | | 536 |
| | | | --- |
| | | $ | 754 |
| | | | === |

ADVANCES

| | | | | TOTAL |
|---|---|---|---|---|
| Goode Printing | - printing | | $ | 393.48 |
| | - postage | | | 4,292.03 |
| Brokers | | | | |
| Banc of America | | | | 1,678.00 |
| BMO-Nesbitt Burns | | | | 449.15 |
| JPMorgan Investor | | | | 169.19 |
| Lehman Brothers | | | | 673.00 |
| | | | | -------- |
| | | | $ | 7,654.85 |
| | | | | ======== |

P: (415) 461-0410  |  www.gilardi.com  |  F: (415) 461-0412



**Gilardi**
& Co LLC

3301 Kerner Blvd.
San Rafael, CA 94901
P: (415) 461-0410
F: (415) 461-0412

January 16, 2007

George A. Bauer, Esq.                Jeff Westerman, Esq.
Milberg Weiss & Bershad LLP          Milberg Weiss & Bershad LLP
One Pennsylvania Plaza               300 South Grand Ave.
New York, NY 10119-0165              Suite 3900
                                     Los Angeles, CA 90071

Re: In re **99 Cents Only Stores Securities Litigation**
    - Billing #3

Professional services, out-of-pocket expenses and advances from
December 19, 2006 through January 1, 2007 in connection with
printing and mailing of the Notice of Pendency of Class Action
and Proposed Settlement, Motion for Attorneys' Fees, Notice of
Proposed Settlement (Derivative Action) and Settlement Fairness
Hearing and Proof of Claim Form for the **99 Cents Only Stores
Securities Litigation.**

Summary:   Professional and Clerical Staff        $    3,320
           Out-of-pocket Expenses                        494
           Advances                                    8,601
                                                     ------

THIS INVOICE                                          12,415

OUTSTANDING INVOICES

      Billing #1    12/19/06        $ 117,537
      Billing #2    01/02/07          25,918
                                    -------

                                                     143,455
                                                     -------

AMOUNT DUE                                         $ 155,870
                                                   =======

133

| STAFF | HOURS | RATE | | TOTAL |
|-------|-------|------|---|-------|
| Manager | 10.25 | $105 | $ | 1,076 |
| Supervisor | 11.75 | 85 | | 999 |
| Staff | 20.75 | 60 | | 1,245 |
| | | | | ----- |
| | | | $ | 3,320 |
| | | | | ===== |

OUT-OF-POCKET EXPENSES

| | | TOTAL |
|---|---|---|
| Postage and delivery | $ | 237 |
| Computer processing | | 257 |
| | | --- |
| | $ | 494 |
| | | === |

ADVANCES

| | | | TOTAL |
|---|---|---|---|
| Goode Printing | - printing | $ | 5,744.57 |
| | - postage | | 1,808.41 |
| Brokers | | | |
|   E*Trade Financial LLP | | | 1,048.00 |
| | | | -------- |
| | | $ | 8,600.98 |
| | | | ======== |



**Gilardi**
&CoLLC

3301 Kerner Blvd.
San Rafael, CA 94901
P: (415) 461-0410
F: (415) 461-0412

January 2, 2007

George A. Bauer, Esq.          Jeff Westerman, Esq.
Milberg Weiss Bershad &        Milberg Weiss Bershad &
     Schulman LLP                   Schulman LLP
One Pennsylvania Plaza         300 South Grand Ave.
New York, NY 10119-0165        Suite 3900
                               Los Angeles, CA 90071

Re: In re **99 Cents Only Stores Securities Litigation**
    - Billing #2

Professional services, out-of-pocket expenses and advances from
December 5, 2006 through December 18, 2006 in connection with
printing and mailing of the Notice of Pendency of Class Action
and Proposed Settlement, Motion for Attorneys' Fees, Notice of
Proposed Settlement (Derivative Action) and Settlement Fairness
Hearing and Proof of Claim Form for the **99 Cents Only Stores
Securities Litigation.**

| Summary: | Professional and Clerical Staff | $ | 3,841 |
| | Out-of-pocket Expenses | | 1,072 |
| | Advances | | 21,005 |
| | | | ------ |
| THIS INVOICE | | | 25,918 |

OUTSTANDING INVOICE

| Billing #1 | December 19, 2006 | | 117,537 |
| | | | ------- |
| AMOUNT DUE | | $ | 143,455 |
| | | | ======= |

cc: Bill Matschke

135

| STAFF | HOURS | RATE | | TOTAL |
|---|---|---|---|---|
| Principal | 1.00 | $185 | $ | 185 |
| Manager | 7.00 | 105 | | 735 |
| Supervisor | 11.25 | 85 | | 956 |
| Staff | 32.75 | 60 | | 1,965 |
| | | | | ----- |
| | | | $ | 3,841 |
| | | | | ===== |

OUT-OF-POCKET EXPENSES

| | | |
|---|---|---|
| Postage and delivery | $ | 760 |
| Computer processing | | 312 |
| | | ----- |
| | $ | 1,072 |
| | | ===== |

ADVANCES

| | | | |
|---|---|---|---|
| Goode Printing | - printing | $ | 11,427.68 |
| | - postage | | 7,133.69 |
| Brokers | | | |
|   ADP Clearing & Outsourcing Services | | | 252.00 |
|   Morgan Keegan | | | 74.50 |
|   Neuberger Berman | | | 819.75 |
|   Penson Financial Services | | | 541.00 |
|   RBC Dain Rauscher | | | 200.00 |
|   SG Americas Securities LLC | | | 95.00 |
|   USAA Investment Management | | | 129.66 |
|   Wedbush Morgan | | | 332.00 |
| | | | --------- |
| | | $ | 21,005.28 |
| | | | ========= |

P: (415) 461-0410  |  www.gilardi.com  |  F: (415) 461-0412



**Gilardi**
& Co LLC

3301 Kerner Blvd.
San Rafael, CA 94901
P: (415) 461-0410
F: (415) 461-0412

December 19, 2006

George A. Bauer, Esq.                Jeff Westerman, Esq.
Milberg Weiss Bershad &              Milberg Weiss Bershad &
    Schulman LLP                         Schulman LLP
One Pennsylvania Plaza               300 South Grand Ave.
New York, NY 10119-0165              Suite 3900
                                     Los Angeles, CA 90071

Re: In re **99 Cents Only Stores Securities Litigation**
    - Billing #1

Professional services, out-of-pocket expenses and advances
through December 4, 2006 in connection with printing,
publication and mailing of the Notice of Pendency of Class
Action and Proposed Settlement, Motion for Attorneys' Fees,
Notice of Proposed Settlement (Derivative Action) and Settlement
Fairness Hearing and Proof of Claim Form for the **99 Cents Only
Stores Securities Litigation.**

Summary:    Professional and Clerical Staff       $  11,000
            Out-of-pocket Expenses                    2,180
            Advances                                104,357
                                                   -------

AMOUNT DUE                                         $ 117,537
                                                   =======

cc: Bill Matschke

137

| STAFF | HOURS | RATE | | TOTAL |
|-------|-------|------|---|-------|
| Principal | 5.00 | $185 | $ | 925 |
| Manager | 52.00 | 105 | | 5,460 |
| Supervisor | 4.00 | 85 | | 340 |
| Staff | 71.25 | 60 | | 4,275 |
| | | | | ------ |
| | | | $ | 11,000 |
| | | | | ====== |

OUT-OF-POCKET EXPENSES

| Postage and delivery | $ | 1,386 |
|-------|---|-------|
| Computer processing | | 794 |
| | | ----- |
| | $ | 2,180 |
| | | ===== |

ADVANCES

| | | | | |
|---|---|---|---|---|
| Larkspur Design Group | - Investors Business Daily | $ | 2,211.40 |
| Goode Printing | - printing | | 61,310.94 |
| | - postage | | 28,685.19 |
| Class Action Locator | - address search | | 250.00 |
| Brokers | | | |
| A.G. Edwards | | | 841.20 |
| Bank of New York | | | 274.69 |
| Bear Stearns | | | 1,364.00 |
| CIBC World Markets | | | 39.90 |
| Citigroup Global Markets | | | 2,812.50 |
| D.A. Davidson | | | 25.00 |
| Edward Jones | | | 20.00 |
| First Clearing | | | 2,108.00 |
| Janney Montgomery | | | 25.00 |
| Mellon Global Securities | | | 494.00 |
| National Financial Services | | | 1,644.00 |
| National Investor Services | | | 55.30 |
| Oppenheimer & Co. | | | 1,272.00 |
| Pershing | | | 800.00 |
| Raymond James | | | 50.00 |
| Stifel, Nicolaus | | | 54.00 |
| Wayne Hummer | | | 20.00 |
| | | | ---------- |
| | | $ | 104,357.12 |
| | | | ========== |